IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALONZO CHALEPAH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-11-99-M |
| KEN SALAZAR, *Secretary of the United States Department of the Interior,* et al., | ) |
| Defendants. | ) |

**O R D E R**

Re:   **Chun T. Wright**                                    Re:   **Kenneth Dean Rooney**
       **Law Office of Chun T. Wright PLLC**                       **U.S. Dept. of Justice**

The Western District of Oklahoma made the transition from voluntary to mandatory electronic case filing on May 1, 2004. If you wish to continue as counsel in this case, you must register for electronic case filing and file an entry of appearance by April 7, 2011, or be deemed withdrawn as counsel in this action. Information for electronic case filing registration is available on the Court's website at www.okwd.uscourts.gov.

IT IS SO ORDERED this 7th day of March, 2011.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE