UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALONZO CHALEPAH, *et al.* )<br>)<br>      Plaintiffs )<br>)<br>v. )<br>)<br>KENNETH SALAZAR, *et al.* )<br>)<br>      Defendants. )<br>_____) | Civ. No. 5:11-cv-0099-M<br>Hon. Vicki Miles-LaGrange |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The parties jointly file this joint status report and proposed schedule in response to the Court's Order of March 7, 2011.[1] This is an action under the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq*. The defendants have filed their Answer to the Complaint and have lodged the Administrative Record upon which the agency decisionmakers based their record. The parties agree that the only remaining proceeding is the Court's determination of the merits consistent with the standard of review established in *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560 (10th Cir. 1994). The parties jointly request that the Court set the following briefing schedule, with all briefs to comply with the page limits established by the Court's Local Rules:

1. The plaintiffs will file their opening brief on June 24, 2011.

2. The defendants will file their response brief on July 29, 2011.

3. The plaintiffs will file their reply brief on August 26, 2011.

---

[1] Because the parties agree this case does not require further discovery and can be reviewed entirely on the Administrative Record already lodged with the Court, the parties have not included a Discovery Plan under Fed. R. Civ. P. 26(f). *See* Fed. R. Civ. P. 26(a)(1)(B)(i).

4. The parties take no position on whether oral argument is necessary, but request an opportunity to confer about available dates if the Court wishes to hold oral argument.

Dated: April 26, 2011

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice

*/s/ Ty Bair*
TY BAIR
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Phone: (202) 307-3316
Fax:    (202) 305-0506
E-mail: tyler.bair@usdoj.gov
Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004
Attorney for Defendants

*/s/ Ty Bair*
On behalf of
Velie Law Firm, PLLC
Jon Velie
401 W. Main St., Ste. 310
Norman, OK 73069
OBA no. 15106
405-310-4333
405-310-4334 fax
Jon@velielaw.com
Attorney for Plaintiffs