# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALONZO CHALEPAH, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-99-M |
| | ) | |
| KENNETH SALAZAR, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Strike Status Conference and Enter Scheduling Order, filed May 3, 2011. Upon review of the parties' joint motion, and for good cause shown, the Court GRANTS the parties' Joint Motion to Strike Status Conference and Enter Scheduling Order [docket no. 19]. The May 3, 2011 status conference is STRICKEN and the deadlines in this case are as follows:

1. Plaintiffs to file their opening brief by <u>June 24, 2011;</u>

2. Defendants to file their response brief by <u>July 29, 2011;</u>

3. Plaintiffs to file their reply brief by <u>August 26, 2011;</u>

**IT IS SO ORDERED this 5th day of May, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE